### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No. |
| | ) |
| RICHARD GARRINGER and JAVELINA | ) (removed from the 16th Judicial |
| CONSTRUCTION, INC. | ) Circuit Court, Kane County, Illinois, |
| | ) Court No. 16 L 82) |
| Defendants. | ) |
| | ) **Jury Trial Demanded** |
| | ) |
| | ) |

## NOTICE OF REMOVAL

NOW COME the Defendants, RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC., by their attorneys, CHILTON YAMBERT PORTER LLP, and pursuant to 28 USC §§ 1332, 1441 and 1446, hereby file their Notice of Removal of the cause entitled *Troy Malone v. Richard Garringer and Javelina Construction, Inc.,* filed in the Law Division of the 16th Judicial Circuit Court, Kane County, Illinois, under case number 16 L 82. As grounds for removal, Defendants, RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC., state as follows:

1. Plaintiff, TROY MALONE ("Plaintiff"), commenced an action against RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC. on or about February 10, 2016, by filing Plaintiff's Complaint at Law in the 16th Judicial Circuit Court, Kane County, Illinois, under case number 16 L 82. A copy of Plaintiff's Complaint at Law is attached hereto as **Exhibit 1**.

2. On or about March 3, 2016, Defendant, RICHARD GARRINGER, was served with Summons and Plaintiff's Complaint at Law and Defendant, JAVELINA

CONSTRUCTION, INC., received notice that Plaintiff filed said Complaint at Law. On March 3, 2016, Defendants, RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC., filed their Appearances and Jury Demand the 16th Judicial Circuit Court, Kane County, Illinois. True and correct copies of the same are attached hereto as **Exhibit 2**. Accordingly, this Notice of Removal is timely filed within thirty days of Defendants' receipt of Plaintiff's Complaint at Law.

3. Defendant, RICHARD GARRINGER, is a citizen of the State of Indiana and was a citizen of the State of Indiana at all relevant times, including at the time Plaintiff commenced his cause of action. *See* Ex. 1, *see also* Illinois Traffic Crash Report attached as **Exhibit 3** (with certain redactions pursuant to FRCP 5.2).

4. Defendant, JAVELINA CONSTRUCTION, INC., is a citizen of the State of Texas and a citizen of the State of Indiana and was a citizen of the State of Texas and a citizen of the State of Indiana at all relevant times, including at the time Plaintiff commenced his cause of action. *See* Ex. 1, see also Illinois Corporation File Detail Report, attached hereto as **Exhibit 4**.

5. That upon information and belief, Plaintiff, TROY MALONE, is a citizen of Illinois, and was a citizen of Illinois at all relevant times, including at the time Plaintiff commenced his cause of action. *See* Ex. 3.

6. Plaintiff's Complaint at Law prays for damages in an amount in *excess* of $50,000 against Defendants, RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC., pursuant to Illinois pleading requirements. *See* Ex. 1. Even though Plaintiff does not expressly seek an amount in excess of $75,000 against Defendants, the allegations in Plaintiff's Complaint at Law illustrate that the amount in controversy exceeds the sum or value of $75,000.

7. Plaintiff alleges in his Complaint at Law that on October 6, 2014, he was standing "near or alongside the truck" operated by RICHARD GARRINGER and that contact with truck caused him to be knocked down and "[driven] over . . . causing serious injuries." (Ex. 1 at ¶8).

Plaintiff also alleges that he "sustained injuries of a personal, pecuniary, and permanent nature." (Ex. 1 at ¶¶11 of Counts I and II). On information and belief, a partial leg amputation is among the injuries Plaintiff is claiming.

8. In short, Plaintiff alleges serious and permanent injuries as a result of the occurrence. Accordingly, based on all the above, the amount in controversy for Plaintiff in this matter is in excess of $75,000, exclusive of interest and costs. *See, e.g., Reid v. Kohl's Dept. Stores, Inc.*, 545 F.3d 479, 481 n.1 (7th Cir. 2008) (finding that the defendant's good faith belief that the amount in controversy exceeded $75,000 was appropriate where the plaintiff plead in her complaint that she suffered "severe" and "debilitating" injuries requiring her to spend "large sums of money" on medical bills, despite the fact that the record provided scant information as to the specifics of plaintiff's injuries and did not specify an amount of damages). Thus, the amount in controversy requirement is satisfied.

9. 28 USC § 1332 provides that:

   a) The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between;

   (1) Citizens of different States . . . .

10. Accordingly, this action is removable under 28 U.S.C. §1441, which provides:

   (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

11. Removal is proper here where this is a civil action and the matter in controversy exceeds the sum or value of $75,000 and there is complete diversity between Plaintiff and Defendants.

WHEREFORE, Defendants, RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC., file their Notice of Removal, removing the State Court action from the 16th Judicial Circuit Court, Kane County, Illinois, to the United States District Court for the Northern District of Illinois.

                              RICHARD GARRINGER and JAVELINA CONSTRUCTION, INC, Defendants,

                              By: ___s/ *Laura P. Gordon*_____
                                    One of Their Attorneys

Laura P. Gordon #6294274
Chilton Yambert Porter LLP
325 W. Washington Street, Suite 400
Waukegan, IL 60085
(847)625-8200

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TROY MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Court No. |
| ) | |
| RICHARD GARRINGER and JAVELINA ) | (removed from the 16th Judicial |
| CONSTRUCTION, INC. ) | Circuit Court, Kane County, Illinois, |
| ) | Court No. 16 L 82) |
| Defendants. ) | |
| ) | **Jury Trial Demanded** |
| ) | |
| ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

TO:    Christopher M. Reese
         Reese & Reese
         979 N. Main Street
         Rockford, IL  61103

      I hereby certify that on March 8, 2016, RICHARD GARRINGER's and JAVELINA CONSTRUCTION, INC.'s Notice of Removal was filed with the Clerk of the Court using the CM/ECF system, which will electronically send notice to all parties of record.  The undersigned further certifies that the foregoing and copies of the documents referred to therein, were served to the above-named attorney at the address indicated above by depositing the same in the U.S. Mail on March 8, 2016.


                                                  By:    s/ *Laura P. Gordon*

Laura P. Gordon #6294274
Chilton Yambert Porter LLP
325 W. Washington Street, Suite 400
Waukegan, IL  60085
(847)625-8200