IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY MALONE, ) ) Plaintiff, ) ) vs. ) ) RICHARD GARRINGER and JAVELINA ) CONSTRUCTION, INC. ) ) Defendants. ) | Court No. 1:16-cv-02948 (removed from the 16th Judicial Circuit Court, Kane County, Illinois, Court No. 16 L 82) |

## STIPULATION TO DISMISS

All matters in dispute between the parties to the above-captioned cause having been satisfactorily compromised and settled:

It is hereby agreed and stipulated by and between the parties that the above matter may be dismissed with prejudice and without cost to any party, all costs having been paid.

Plaintiff hereby represents that there are no outstanding liens or subrogation interests of any individual or entity, including, but not limited to, Illinicare Health, Medicaid, Medicare, and/or Illinois Department of Healthcare and Family Services. Plaintiff further represents that in the event any such liens or interests become known, they will be satisfied by Plaintiff or his counsels.

It is further agreed and stipulated that an Order pursuant to the foregoing may be entered of record without further notice to any party upon the presentation of this Stipulation.

By: _____
Laura P. Gordon
Orleans Canty Novy, LLC
Attorney for Defendants

By: _____
Chris Reese
Reese & Reese
Attorney for Plaintiff

PREPARED BY:
Orleans Canty Novy, LLC
325 Washington Street, Suite 400
Waukegan, IL 60085
Telephone: (847) 625-8200
Facsimile: (847) 625-8262

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No. 1:16-cv-02948 |
| | ) |
| RICHARD GARRINGER and JAVELINA | ) (removed from the 16th Judicial |
| CONSTRUCTION, INC. | ) Circuit Court, Kane County, Illinois, |
| | ) Court No. 16 L 82) |
| Defendants. | ) |
| | ) **Jury Trial Demanded** |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I filed the attached Stipulation to Dismiss using the CM/ECF system, which will electronically send notice to all parties of record.

s/ Laura P. Gordon
ORLEANS CANTY NOVY, LLC

Laura P. Gordon #6294274
Orleans Canty Novy, LLC
325 W. Washington Street, Suite 400
Waukegan, IL 60085
(847)625-8200